# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. VICTOR ORDAZ,<br>2. TRICIA ORDAZ,<br>    as surviving Parents of<br>    DYLAN ORDAZ, Deceased,<br><br>Plaintiffs,<br><br>    vs.<br><br>1. ZIGGYZ ONLINE, INC. d/b/a<br>    ZIGGYZ;<br>2. ROGER ZHU;<br>3. XIANG YU "JOHNNY" REN;<br>4. WEI YU "WENDY" REN; and<br>5. RENREN IRREVOCABLE TRUST,<br><br>Defendants. | Case No.   CIV-16-1435-M |

## NOTICE OF REMOVAL TO THE UNITED STATES
## DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

To: The Honorable Judges of the United States District Court for the Western District of Oklahoma:

1. The above-captioned action, *Ordaz v. ZIGGYZ ONLINE, INC., et al.*, Case No. CJ-2015-3057 (District Court of Oklahoma County, Oklahoma) is a case involving a wrong death claim, which is presently pending in State Court. No trial has occurred in this matter. Pursuant to 28 U.S.C. § 1446 and Local Civil Rule 81.2, a copy of the documents served upon the United States in the State Court action and a copy of the State Court docket sheet are attached hereto as exhibits (Exhibit 1 – Subpoena, Exhibit 2 – Motion to Enforce Subpoena, Exhibit 3 – OSCN Docket Sheet).

2.      The above-captioned action is a civil action that may be removed to this Court without bond pursuant to 28 U.S.C. § 1442(a).  28 U.S.C. § 1442(a), (b) (authorizing removal of civil actions against the United States, or any agency or officer thereof, for or relating to any act under color of such office).

WHEREFORE, the United states gives notice that the above-captioned action, now pending in the District Court of Oklahoma County, Oklahoma, is hereby removed to this Court.

    Respectfully submitted,

    MARK A. YANCEY
    United States Attorney

    /s/ *Wilson D. McGarry*
    WILSON D. McGARRY
    Assistant U.S. Attorney
    Oklahoma Bar No. 31146
    210 Park Ave., Suite 400
    Oklahoma City, OK 73102
    Telephone:  (405) 553-8700
    Telecopier:  (405) 553-8885
    E-mail:  wilson.mcgarry@usdoj.gov

## Certificate of Service

I hereby certify that on the 16th day of December, 2016, pursuant to the Court's ECF Policies & Procedures Manual, § II.A.2., I electronically transmitted the foregoing document to the Clerk of Court using the Electronic Case Filing System (ECF) for filing and transmittal of a notice of electronic filing to all ECF registrants in the case, including but not limited to the following counsel:

Mark A. Cox
Attorney for Plaintiffs

L. Ray Maples, II
Glendell D. Nix
Nicole R. Snapp-Holloway
Attorneys for Plaintiffs

Edward F. Saheb
Attorney for Defendant Wei Yu Ren

/s/ *Wilson D. McGarry*
WILSON D. McGARRY
Assistant U.S. Attorney